JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALA FASHION CORP., a California Corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:14-cv-07012-RGK-MRWx<br><br>[<s>PROPOSED</s>] **PERMANENT INJUNCTION AGAINST DEFENDANT GALA FASHION CORP., A CALIFORNIA CORPORATION, AND DISMISSAL**<br><br>Honorable Judge R. Gary Klausner |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction between Plaintiff Forever 21, Inc. ("Forever 21"), on the one hand, and Defendant Gala Fashion Corp. ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

1. **PERMANENT INJUNCTION.** Pursuant to 15 United States Code §1116, Defendant is hereby restrained and enjoined from engaging in, directly or indirectly, any of the following activities in the United States and throughout the world:

a. copying, manufacturing, importing, exporting, marketing, displaying, purchasing, selling, offering for sale, reproducing, acquiring, transferring, brokering, consigning, storing, shipping, licensing, developing, delivering, distributing and/or dealing in any product or service that uses, or otherwise makes any use of, references or relates to Forever 21 or any of Forever 21's Trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, references or relates to Forever 21 or any of Forever 21's Trademarks;

b. importing, exporting, making, manufacturing, reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, licensing, developing, displaying, delivering, marketing, advertising or promoting any product which bears, partially bears, or, of which Defendant is on reasonable notice that the product at any time bore any of Forever 21's Trademarks, even if those marks have been blacked out, cut out, punched out, removed, or otherwise altered, manipulated or obliterated;

c. using any trademark or trade name that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that unauthorized products, imported, exported, manufactured, reproduced, distributed, assembled, acquired, exported, offered, sold, transferred, brokered, consigned, distributed, shipped, marketed, advertised and/or promoted by Defendant originate from Forever 21, or that said merchandise has been sponsored, approved, licensed by, or associated with Forever 21 or is, in some way, connected or affiliated with Forever 21;

d. engaging in any conduct that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that Defendant itself is connected with, or is in some way sponsored by or affiliated with Forever 21, purchases products from or otherwise has a business relationship with Forever 21;

e.  performing or allowing others employed by or representing Boulevard, or under its control, to perform any act or thing which is likely to injure Forever 21 or Forever 21's rights in and to Forever 21's Trademarks and/or Forever 21's business reputation or goodwill arising therefrom; and

f.  engaging in any acts of federal and/or state trademark infringement, false designation, false advertising, unfair competition, dilution, or other act(s) which would tend to damage or injure Forever 21's rights in and to Forever 21's Trademarks.

2.  This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

3.  The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

4.  **FORFEITURE OF EXISTING INVENTORY**.  Defendant is ordered to deliver immediately to Forever 21 all unauthorized products, including any unauthorized, non-genuine and/or counterfeit garments, apparel, or accessories that use, or otherwise make any use of, references or relates to Forever 21 or any of Forever 21's Trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, references or relates to Forever 21 or any of Forever 21's Trademarks and related products, labels, tags, hanger straps, packages and advertisements relating thereto in its possession or under its control to the extent that any of these items are in Defendant's possession.

/ / /

/ / /

/ / /

5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and Plaintiff and Defendant waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendant.

6. **NO FEES AND COSTS.** Each party shall bear their own attorneys' fees and costs incurred in this matter.

7. **DISMISSAL OF THE ACTION.** The Court hereby dismisses the action in its entirety upon entry of this Permanent Injunction against Defendant.

IT IS SO ORDERED, ADJUDICATED and DECREED this 2nd day of January, 2015.

_____
HON. R. GARY KLAUSNER
United States District Judge
Central District of California